**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
ALEKXIA TORRES STALLINGS, SBN 296418
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
**JUAN MANUEL CISNEROS-MATA**

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br><br> JUAN MANUEL CISNEROS MATA, <br><br> Defendants. | Case No. **1:26-CV-00189-DC-CKD** <br><br> <u>**REQUEST**</u> <u>**AND**</u> <br><br> ~~**PROPOSED**~~ <u>**ORDER FOR BRIEFING**</u> <u>**SCHEDULE**</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE CAROLYN K. DELANEY, UNITED STATES DISTRICT COURT JUDGE; ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUAN MANUEL CISNEROS MATA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule.

**IT IS SO STIPULATED.**

DATED: February 5, 2026

Respectfully Submitted,
*/s/ Alexia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
JUAN MANUEL CISNEROS MATA

1

# [PROPOSED] ORDER

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **Due February 27, 2026**

Government/Respondent's Opposition Brief **Due March 13, 2026**

Defendant's/Petitioner's Reply (if any) **Due March 20, 2026**

Dated:  February 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 cisn0189.stip.sched

2