UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN MANUEL CISNEROS MATA,
A-204-938-545,

                    Petitioner,

          v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et al.,

                    Respondents.

No.  1:26-cv-00189-DC-CKD (HC)


ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(ECF Nos. 12, 13, 15)

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. ECF No. 15. Respondents filed objections to the findings and recommendations. ECF No. 16. However, in their objections, Respondents merely state that they object "for the same reasons advanced in Respondents' earlier filing." *Id.* Those arguments were already addressed by the magistrate judge and the undersigned does not find any basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602

1

F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 15) are ADOPTED;

2. Respondents' motion to dismiss and request for a stay (ECF No. 13) is DENIED;

3. The first amended petition for writ of habeas under 28 U.S.C. § 2241 (ECF No. 12) is GRANTED, in part;

4. Respondents are ORDERED to provide Petitioner Juan Manuel Cisneros Mata (A-204-938- 545) with a bond hearing before an Immigration Judge within seven (7) days of the date of entry of this order at which the Government bears the burden to justify Petitioner's continued detention. Respondents shall file a notice certifying compliance within (3) three days of that bond hearing; and

5. The Clerk of the Court shall enter judgment in Petitioner's favor and close this case.

IT IS SO ORDERED.

Dated:   __April 3, 2026__

_____
Dena Coggins
United States District Judge

2